1  ANNE M. BEVINGTON (SBN 111320)
   KIMBERLY A. HANCOCK (SBN 205567)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile:  (415) 882-9287
   abevington@sjlawcorp.com
5  khancock@sjlawcorp.com

6  Attorneys for Plaintiffs

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTOMOTIVE INDUSTRIES PENSION         CASE NO.: CV 15-00326 JD
TRUST FUND, et al.,

                Plaintiffs,            **STIPULATION FOR DISMISSAL WITH
       v.                              PREJUDICE AS TO ALL
                                       DEFENDANTS; [PROPOSED] ORDER**
BAYSHORE INTERNATIONAL TRUCKS,
INC., et al.,

                Defendants.

### STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action stipulate and agree, through their respective counsel, that pursuant to a Settlement Agreement between the parties, this Court dismiss this action as to all defendants, with all parties to bear their own costs and attorneys' fees.

Dated: June 29, 2017                    SALTZMAN & JOHNSON LAW CORPORATION


                                        By:  /s/ Anne M. Bevington
                                             Anne M. Bevington
                                             Attorneys for Plaintiffs

P:\CLIENTS\AUTPF\W\CASES\Bayshore International Trucks\PLEADINGS\Stipulations\Stipulation for Dismissal as to all defendants.doc

Dated: June 29, 2017					LITTLER MENDELSON P.C.


						By:    /s/ Joshua J. Cliffe
						       Joshua J. Cliffe
						       Attorneys for Defendants


**CERTIFICATION RE: SIGNATURES**

I attest that concurrence in the filing of this stipulation has been obtained from the other Signatory.

Dated: June 29, 2017				By:    /s/ Anne M. Bevington
						       ANNE M. BEVINGTON


**ORDER**

Pursuant to the parties' Stipulation and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice as to all defendants, the parties to bear their own costs and attorneys' fees.

Date: June 30, 2017			_____
						HON. JAMES DONATO
						UNITED STATES DISTRICT JUDGE